IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| HANIF K. AL–MUTAWAKKIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20CV880–HEH |
| ) | |
| J. ANDREWS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

On November 24, 2020, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on January 27, 2021, the Court directed Plaintiff to pay an initial partial filing fee of $244.78 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). By Memorandum Order entered on March 4, 2021, the Court gave Plaintiff an additional eleven (11) days to pay the initial partial filing fee. More than eleven (11) days have elapsed and Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Thus, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/

HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: April 20, 2021
Richmond, Virginia